## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **Genesis, Inc., a Tennessee Corporation,** | ) | BK No. 08-01429-MH3-7 |
| | ) | |
| **Debtor(s).** | ) | |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1.      On September 30, 2014, the Trustee made an interim distribution pursuant to the Trustee's Motion to Award Interim Trustee Compensation and Allow Interim Distribution filed August 8, 2014 (Docket Entry 215); and Agreed Order Between Susan R. Limor, Trustee, and United States Trustee entered September 15, 2014 (Docket Entry 222).

2.      The following check was returned to the Trustee by the United States Postal Service as undeliverable ("Check"):

| **Name and Address of Creditor** | **Amount** | **Claim No.** |
|---|---|---|
| Bryan Financial Services, Inc. POB 280602 Nashville, TN  37228 | $5,724.63 | 41 |

3.      The Trustee has made a reasonable effort to locate the above-referenced creditor; however, the Trustee has been unable to locate such creditor.

4.      The Trustee has stopped payment on the Check and has reissued the Check, in the amount of $5,724.63, made payable to the Clerk of the U.S. Bankruptcy Court.

5.      The amount of the Check represents unclaimed dividends and is being submitted to the Court simultaneously with this Report pursuant to Fed. R. Bankr. P. 3011.

Respectfully submitted,

 /s/ Susan R. Limor_____
Susan R. Limor, Trustee
2814 Dogwood Place
Nashville, Tennessee 37204
615-742-1304
Fax:  615-742-0858
trustee@limorlaw.com