IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| IN RE: | ) |  |
|---|---|---|
|  | ) |  |
| Genesis, Inc., a Tennessee Corporation, | ) | BK No. 08-01429-MH3-7 |
|  | ) |  |
| Debtor(s). | ) |  |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1. On September 30, 2014, the Trustee made an interim distribution pursuant to the Trustee's Motion to Award Interim Trustee Compensation and Allow Interim Distribution filed August 8, 2014 (Docket Entry 215); and Agreed Order Between Susan R. Limor, Trustee, and United States Trustee entered September 15, 2014 (Docket Entry 222).

2. The following check was returned to the Trustee by the United States Postal Service as undeliverable ("Check"):

| **Name and Address of Creditor** | **Amount** | **Claim No.** |
|---|---|---|
| Select Staffing<br>PO Box 60515<br>Los Angeles, CA  90060 | $807.39 | 56 |

3. The Trustee has made a reasonable effort to locate the above-referenced creditor; however, the Trustee has been unable to locate such creditor.

4. The Trustee has stopped payment on the Check and has reissued the Check, in the amount of $807.39, made payable to the Clerk of the U.S. Bankruptcy Court.

5. The amount of the Check represents unclaimed dividends and is being submitted to the Court simultaneously with this Report pursuant to Fed. R. Bankr. P. 3011.

    Respectfully submitted,

    /s/ Susan R. Limor_____
    Susan R. Limor, Trustee
    2814 Dogwood Place
    Nashville, Tennessee 37204
    615-742-1304
    Fax:  615-742-0858
    trustee@limorlaw.com