**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Genesis, Inc., a Tennessee Corporation, ) | BK No. 08-01429-MH3-7 |
| ) | |
| Debtor(s). ) | |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1. On September 30, 2014, the Trustee made an interim distribution pursuant to the Trustee's Motion to Award Interim Trustee Compensation and Allow Interim Distribution filed August 8, 2014 (Docket Entry 215); and Agreed Order Between Susan R. Limor, Trustee, and United States Trustee entered September 15, 2014 (Docket Entry 222).

2. Ninety (90) days have passed since the interim distribution was made pursuant to 11 U.S.C. § 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| **Name and Address of Creditor** | **Amount** | **Claim No.** |
|---|---|---|
| Konica Minolta Danka Imaging Company<br>Attn: Lee Acevedo<br>11101 Roosevelt Blvd.<br>St. Petersburg, FL 33716 | $163.17 | 33 |
| Creative Layout & Design, Inc.<br>7995 Hopewell Dr.<br>West Chester, OH 45069 | $6,941.02 | 57 |

3. The Trustee has reissued two checks, one in the amount of $163.17 and the second in the amount of $6,941.02, made payable to the Clerk of the U.S. Bankruptcy Court.

4. The amounts of the checks represent unclaimed dividends and are being submitted to the Court simultaneously with this Report pursuant to Fed. R. Bankr. P. 3011.

Respectfully submitted,

/s/ Susan R. Limor
Susan R. Limor, Trustee
2814 Dogwood Place
Nashville, Tennessee 37204
615-742-1304
Fax: 615-742-0858
trustee@limorlaw.com