IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2015 APR 28 AM 8:29
U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF TN.

IN RE: )
)
Genesis )  CASE NO. BK No 08-01429-MH3-7
)  CHAPTER
Debtor(s). )  JUDGE
)

**MOTION TO WITHDRAW UNCLAIMED FUNDS**

[Name of applicant] moves for an order directing the Clerk to remit to the applicant the sum of [$], which was deposited into the Treasury of the United States as unclaimed funds for [name of individual or entity for whom funds are on deposit] (AClaimant@).

Applicant certifies, under penalty of perjury, that:

(1) Applicant has conducted a reasonable investigation.
(2) The money on deposit with the Treasury of the United States is owed to the Claimant.
(3) The funds sought have not been paid to the Claimant or to any agent on the Claimant=s behalf.
(4) Applicant is the Claimant; or Applicant has authority to collect the funds on behalf of the Claimant as evidenced by the attached Power of Attorney or other proof that Applicant is an authorized representative for the Claimant.
(5) No other motion is pending for recovery of the same unclaimed funds.
(6) Applicant has complied fully with the requirements of 28 U.S.C. ' 2042.

Dated:

[Applicant] Kristie Sizemore
[Address] 255 Delaneys Circle
[Phone number] 614-389-6264

Creative Layout Design, Inc

n.a.
[Attorney for Applicant]
[Address]
[Phone number]

EIN- 20-371 8183

(Notary seal: FRED M MERKICH - NOTARY PUBLIC, COMM. EXP. NOV 5, 2019, STATE OF OHIO)

APPENDIX C
MOTION TO WITHDRAW UNCLAIMED FUNDS

Case 3:08-bk-01429   Doc 260   Filed 04/28/15   Entered 04/28/15 11:06:17   Desc Main
Document      Page 1 of 3

# U.S. Bankruptcy Court for the Middle District of Tennessee
## Sealed Document Cover Sheet

### CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, _____, I mailed a copy of the foregoing to the U.S. Attorney, 110 Ninth Avenue, South, Suite A-961, Nashville, Tennessee 37203-3870, the U.S. Trustee, 701 Broadway, Customs House Suite 318, Nashville, Tennessee 37203, [name of debtor(s)], [address], [name of debtor=s attorney], [address], [name of trustee], [address], and [name of Claimant], [address].

_____
[Attorney for Applicant/Applicant]

*Attachments:*

*Individual Claimants:*

(1) **Power of Attorney** or other proof if Claimant is represented by an agent or attorney.

(2) **Proof of identity:** If Applicant is the Claimant and if the Claimant is an individual, provide name, address and telephone number where individual claimant can be reached. The Clerk will make arrangements with individual by requesting transmission of individual's proof of identity as follows: a copy of the individual=s driver=s license or other government issued photo identification and social security number or tax identification.

(3) **Proof that the funds are owed to the Claimant:** Any supporting documentation that proves the claimant is entitled to the funds requested. This can be in the form of a copy of the proof of claim, the trustee=s report of unclaimed funds, or the order of distribution.

(4) **Notice of Motion** pursuant to LBR 9013-1 (Appendix G).

(5) **Notarized signature of the claimant.**

APPENDIX H
SEALED DOCUMENT COVER SHEET

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Genesis, Inc., a Tennessee Corporation, | ) BK No. 08-01429-MH3-7 |
| | ) |
| Debtor(s). | ) |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1. On September 30, 2014, the Trustee made an interim distribution pursuant to the Trustee's Motion to Award Interim Trustee Compensation and Allow Interim Distribution filed August 8, 2014 (Docket Entry 215); and Agreed Order Between Susan R. Limor, Trustee, and United States Trustee entered September 15, 2014 (Docket Entry 222).

2. Ninety (90) days have passed since the interim distribution was made pursuant to 11 U.S.C. § 726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| Name and Address of Creditor | Amount | Claim No. |
|---|---|---|
| Konica Minolta Danka Imaging Company<br>Attn: Lee Acevedo<br>11101 Roosevelt Blvd.<br>St. Petersburg, FL 33716 | $163.17 | 33 |
| Creative Layout & Design, Inc.<br>7995 Hopewell Dr.<br>West Chester, OH 45069 | $6,941.02 | 57 |

3. The Trustee has reissued two checks, one in the amount of $163.17 and the second in the amount of $6,941.02, made payable to the Clerk of the U.S. Bankruptcy Court.

4. The amounts of the checks represent unclaimed dividends and are being submitted to the Court simultaneously with this Report pursuant to Fed. R. Bankr. P. 3011.

Respectfully submitted,

/s/ Susan R. Limor
Susan R. Limor, Trustee
2814 Dogwood Place
Nashville, Tennessee 37204
615-742-1304
Fax: 615-742-0858
trustee@limorlaw.com