Form clkinq

# United States Bankruptcy Court

## MIDDLE DISTRICT OF TENNESSEE
Case No. **3:08−bk−01429**
**Chapter 7**

In re:
    Genesis, Inc., a Tennessee
    Corporation
    365 Great Circle Road
    Nashville, TN 37228−1703

Social Security No.:

Employer's Tax I.D. No.:
    251851030

---

## CLERK'S REMARK

---

Clerk's Remark − The related document has the following defect(s): − Motion does not comply with LBR 3011−1. (RE: related document(s)260 Motion and Notice for Payment Unclaimed Funds in the amount of $6,941.02.) (RE: related document(s)260) (klp)

Dated: 4/29/15                                                   MATTHEW T LOUGHNEY
                                                                     Court Clerk