Marian F. Harrison
US Bankruptcy Judge

Dated: 7/23/2015



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GENESIS, INC., | ) | Case No. 3:08-bk-01429-MH3-7 |
| | ) | **Chapter 7** |
| Debtor. | ) | **Judge Harrison** |
| | ) | |
| | | |
| SUSAN R. LIMOR, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Jointly Administered Main** |
| v. | ) | Adv. Pro. No. 3:10-ap-00087 |
| | ) | |
| DENNIS BOSIO AND JEFF MAIERS, | ) | (Adv. Pro. No. 3:10-ap-00086) |
| Defendants. | ) | |

## ORDER APPROVING COMPROMISE AND SETTLEMENT
## WITH DEFENDANT DENNIS BOSIO

This matter came on for hearing on the 14th day of July 2015 upon the Motion to Approve Compromise and Settlement with Defendant Dennis Bosio (the "Motion") (Lead Case 3:08-bk-01429-MH3-7 Docket No. 264 and Jointly Administered Main Adv. Pro. No. 3:10-ap-00087 Docket No. 189) seeking approval of the Trustee's settlement with Defendant Dennis Bosio and the response filed by Defendant Bosio (Lead Case 3:08-bk-01429-MH3-7 Docket No. 267), which supported the Settlement. Appearances were by D. Alexander Fardon for the Trustee and Joseph P. Rusnak for Defendant Dennis Bosio. The Court having determined that the Motion to Approve Compromise and Settlement with Defendant Dennis Bosio is well-taken,

IT IS HEREBY ORDERED that the compromise and settlement between the Trustee and the Settling Defendant, as described in the Motion, is approved and the Trustee is authorized to take all action contemplated by and necessary to effectuate the compromise and settlement, including without limitation, execution of necessary releases.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE FIRST PAGE.

Submitted for entry by:

HARWELL HOWARD HYNE
GABBERT & MANNER, P.C.

By: /s/ D. Alexander Fardon
     Barbara D. Holmes
     D. Alexander Fardon
     333 Commerce Street, Suite 1500
     Nashville, Tennessee 37201
     (615) 256-0500 - Telephone
     (615) 251-1059 - Facsimile
     bdh or daf@h3gm.com - E-mail

Special Counsel for Plaintiff Susan R. Limor, Trustee

582525-01

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

2

Case 3:08-bk-01429   Doc 272   Filed 07/23/15   Entered 07/23/15 12:30:29   Desc Main
Document      Page 2 of 2